# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160740(76)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAVID A. MAPLES,
            Plaintiff-Appellant,

v

STATE OF MICHIGAN,
            Defendant-Appellee.

_____/

SC: 160740
COA: 343394
Ct of Claims: 17-000135-MZ

By order of the Chief Justice, the motion of the Attorney General to extend the time for filing its supplemental brief in support of the defendant-appellee is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 28, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2020



Clerk